UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| WINFRED LEON WALKER, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. C-07-00077 |
| | § | |
| B CHANEY, *et al*, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

In accordance with the Court's Order Adopting Memorandum and Recommendation to Dismiss, the Court renders final judgment dismissing this action.

SIGNED this 2nd day of April, 2007.

_____
Janis Graham Jack
United States District Judge